STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Carroll Hamilton
AVC  Cajun 1, C2 DOC No. 288645
1630 Prison Road
Cottonport LA 71327

**REHEARING ACTION: March 4, 2015**

**Docket Number: 14   00771-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CARROLL HAMILTON**

**Writ Application from Lafayette Parish Case No. 96485**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**
    **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Carroll Hamilton** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent